DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> THE LEGACY ESTATES PROPERTY OWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP LLC; PADESHAH HOLDINGS, LTD; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. <br><br> LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company, <br><br> Counter-Defendant. | Case No.: 2:16-cv-01934-RFB-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF NATIONSTAR MORTGAGE LLC'S MOTION TO STAY LITIGATION PENDING FINAL RESOLUTION OF PETITION(S) FOR WRIT OF CERTIORARI TO UNITED STATES SUPREME COURT** |

{41416019;1}

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| 1 | LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, |
| 2 | Crossclaimant, |
| 3 | vs. |
| 4 | PADESHAH HOLDINGS, LLC, a Nevada limited liability company; DOE individuals I through XX; and ROE CORPORATIONS I through XX, |
| 5 | |
| 6 | |
| 7 | Cross-Defendants |
| 8 | LAS VEGAS DEVELOPMENT GROUP, LLC a Nevada limited liability company, |
| 9 | Third Party Plaintiff, |
| 10 | vs. |
| 11 | MANOUCHEHR S. DEZFOOLI, individually and as Trustee of the DEZFOOLI FAMILY TRUST; SOOSAN DEZFOOLI, individually and as Trustee of the DEZFOOLI FAMILY TRUST; DOE individuals I through XX, and ROE CORPORATIONS I through XX, |
| 12 | |
| 13 | |
| 14 | |
| 15 | Third Party Defendants. |

Plaintiff/counter-defendant Nationstar Mortgage LLC (**Nationstar**) and Defendant Padeshah Holdings, LLC (**Padeshah**) (collectively, the **parties**), hereby stipulate and agree as follows:

1. On March 13, 2017, Nationstar filed its motion to stay litigation pending final resolution of petitions for writ of certiorari to the Unites States Supreme Court. ECF No. 36.

2. On March 27, 2017, Padeshah filed its opposition to Nationstar's motion to stay. ECF No. 38.

3. Counsel for Nationstar needs additional time to reply to the arguments raised in Padeshah's oppositions, in light of the developing case law and recent decisions issued in the Ninth Circuit Court of Appeals and Nevada Supreme Court, which affect this case and others like it. The additional time will allow Nationstar to properly address the issues raised.

4. Nationstar's reply was due on April 3, 2017.

{41416019;1}

5. Pursuant to the agreement of the parties, Nationstar shall have an extension of time until **April 14, 2017**, in which to file its reply in support of its motion to stay in response to Padeshah's opposition.

6. This is the first stipulation for extension of time to file Nationstar's reply to its motion.

7. This stipulation is made in good faith and not for purpose of delay.

Respectfully submitted this 11th day of April, 2017.

| **AKERMAN LLP** | **MAUPIN NAYLOR BRASTER** |
|---|---|
| */s/ Vatana Lay* | */s/ John M. Naylor* |
| DARREN T. BRENNER, ESQ. | JOHN M. NAYLOR, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar no. 5435 |
| VATANA LAY, ESQ. | JENNIFER L. BRASTER, ESQ. |
| Nevada Bar No. 12399 | Nevada Bar No. 9982 |
| 1160 Town Center Drive, Suite 330 | 1050 Indigo Drive, Suite 112 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiff Nationstar Mortgage LLC* | *Attorneys for Padeshah Holdings, Ltd* |

### **ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:** April 12, 2017

{41416019;1}

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of April, 2017 pursuant to Fed. R. Civ. P. 5(b), I filed and served a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF NATIONSTAR MORTGAGE LLC'S MOTION TO STAY LITIGATION PENDING FINAL RESOLUTION OF PETITION(S) FOR WRIT OF CERTIORARI TO UNITED STATES SUPREME COURT,** via the Court's CM/ECF system on the following:

Edward D. Boyack
Patrick A. Orme
BOYACK ORME & TAYLOR
401 N. Buffalo Drive # 202
Las Vegas, Nevada 89145
*Attorneys for Defendant Legacy Estates Property Owners Association*

Roger P. Croteau
Timothy E. Rhoda
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Las Vegas Development Group, LLC*

John M. Naylor
Jennifer L. Braster
MAUPIN NAYLOR BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89145
*Attorneys for Padeshah Holdings, Ltd.*

                                                */s/ Michael Hannon*
                                                An Employee of Akerman, LLP

{41416019;1}