DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

TAYLOR T. HAYWOOD, ESQ.
Colorado Bar No. 46664 (*Admitted Pro Hac Vice*)
AKERMAN LLP
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: taylor.haywood@akerman.com

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> THE LEGACY ESTATES PROPERTY OWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP LLC; PADESHAH HOLDINGS LTD.; and NEVADA ASSOCIATION SERVICES, INC. <br><br> Defendants. | Case No.: 2:16-cv-01934-RFB-BNW <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> vs. <br><br> NATIONSTAR MORTGAGE LLC, a Delaware limited liability company, <br><br> Counter-Defendant. | |

1

52307066;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, | |
| Cross-Claimant, | |
| vs. | |
| PADESHAH HOLDINGS, LLC, a Nevada limited liability company; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | |
| Cross-Defendants. | |
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, | |
| Third Party Plaintiff, | |
| vs. | |
| MANOUCHER S. DEZFOOLI, individually and as Trustee of the DEZFOOLI FAMILY TRUST; SOOSAN DEZFOOLI, individually and as Trustee of the DEZFOOLI FAMILY TRUST; DOE individuals I through XX; and ROE CORPORATIONS I THROUGH xx, | |
| Third Party Defendants. | |

Plaintiff and counter-defendant Nationstar Mortgage LLC provides notice Jared M. Sechrist is no longer associated with the law firm of Akerman LLP.

///

///

///

///

///

///

///

///

///

///

///

2

52307066;1

Nationstar requests Mr. Sechrist be removed from the CM/ECF service list.

Respectfully submitted this 9th day of March, 2020.

AKERMAN LLP

*/s/ Taylor T. Haywood*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

TAYLOR. T. HAYWOOD, ESQ.
Colorado Bar. No. 46664 (*admitted PHV*)
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202

**IT IS SO ORDERED**

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC*

**DATED: March 10, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**