ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | |
| Plaintiff, | |
| vs. | Case No. 2:16-cv-01934-RFB-BNW |
| THE LEGACY ESTATES PROPERTY OWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP LLC; PADESHAH HOLDINGS LTD.; and NEVADA ASSOCIATION SERVICES, INC., | **STIPULATION TO DISMISS ALL CLAIMS AS TO LAS VEGAS DEVELOPMENT GROUP, LLC ONLY** |
| Defendants. | |
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company, | |
| Counter-Defendant. | |

//

//

| | |
|---|---|
| LAS VEGAS DEVELOPMENT GROUP, LLC, a Nevada limited liability company, | )<br>)<br>) |
| Crossclaimant, | )<br>) |
| vs. | )<br>) |
| PADESHAH HOLDINGS, LLC, a Nevada limited liability company; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | )<br>)<br>)<br>)<br>) |
| Cross-Defendants. | )<br>) |
| LAS VEGAS DEVELOPMENT GROUP, LLC a Nevada limited liability company, | )<br>)<br>) |
| Third Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| MANOUCHEHR S. DEZFOOLI, individually and as Trustee of the DEZFOOLI FAMILY TRUST; SOOSAN DEZFOOLI, individually and as Trustee of the DEZFOOLI FAMILY TRUST; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Third Party Defendants. | ) |

## STIPULATION TO DISMISS ALL CLAIMS AS TO LAS VEGAS DEVELOPMENT GROUP, LLC ONLY

COMES NOW, Plaintiff/Counter-Defendant, NATIONSTAR MORTGAGE, LLC (*"Nationstar"*); Defendant/Counter-claimant/Cross-claimant/Third Party Plaintiff, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*); and Defendant/Cross-Defendant, PADESHAH HOLDINGS, LTD. (*"Padeshah"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

    1.    The instant action involves title to real property commonly known as 2074 Troon Drive, Henderson, Nevada 89074 (*the "Property"*). The Property was the subject of a homeowners association lien foreclosure sale (*"HOA Foreclosure Sale"*) conducted by Defendant, Nevada Association Services, Inc., on behalf of Defendant, the Legacy Estates Property Owners Association.

2. LVDG purchased the Property at the HOA Foreclosure Sale and thereafter sold it to Defendant, Padeshah.

3. Nationstar filed the instant action to contest the force and effect of the HOA Foreclosure Sale upon a security interest that it claims to hold in the Property.

4. Pursuant to a settlement agreement with Padeshah, LVDG has filed a Notice of Disclaimer of Interest herein [ECF #94], certifying that it no longer claims any right, title or interest in the Property.

5. Based on the Disclaimer of Interest, Nationstar's claims against LVDG, and LVDG's claims against Nationstar, shall be dismissed WITHOUT prejudice, with each party to bear its own attorneys' fees and costs.

6. Pursuant to its settlement with Padeshah, LVDG's claims against Padeshah shall be dismissed WITH prejudice in their entirety, with each party to bear its own attorneys' fees and costs.

7. No claims exist between LVDG and Defendants, The Legacy Estates Property Owners Association and/or Nevada Association Services, Inc., in relation to the Property.

8. Third Party Defendants, Manoucher S. Dezfooli and Soosan Dezfooli, Individually and as Trustees of the Dezfooli Family Trust, have neither answered nor appeared herein. LVDG hereby voluntarily dismisses its claims against these Third Party Defendants WITH prejudice in their entirety.

//
//
//
//
//
//
//
//

2074 Troon

9. The dismissal of the above-referenced claims fully resolves this matter as it relates to LVDG. LVDG shall not be required to participate further herein unless called as a non-party witness for purposes of discovery or trial.

Dated this ___25th___ day of March, 2020.

| | |
|---|---|
| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN LLP |
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Blvd., #75 <br> Las Vegas, Nevada 89102 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant/Counter-Claimant Cross-Claimant/Third Party Plaintiff Las Vegas Development Group, LLC*** | /s/ *Taylor T. Haywood* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> TAYLOR. T. HAYWOOD, ESQ. <br> Colorado Bar. No. 46664 (*admitted PHV*) <br> 1900 Sixteenth Street, Suite 1700 <br> Denver, Colorado 80202 <br> taylor.haywood@akerman.com <br> ***Attorneys for Plaintiff and Counter-Defendant Nationstar Mortgage LLC*** |
| THE WRIGHT LAW GROUP <br><br> /s/ *Christopher B. Phillips* <br> JOHN HENRY WRIGHT, ESQ. <br> Nevada Bar No. 6182 <br> CHRISTOPHER BRYAN PHILLIPS, ESQ. <br> Nevada Bar No. 14600 <br> 2340 Paseo Del Prado, Suite D-305 <br> Las Vegas, NV 89102 <br> 702-405-0001 <br> 702-405-8454 (fax) <br> chris@wrightlawgroupnv.com <br> ***Attorney for Defendant/Cross-Defendant Padeshah Holdings, Ltd.*** | |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of March, 2020.

2074 Troon

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __25th__ day of March, 2020, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION TO DISMISS ALL CLAIMS AS TO LAS VEGAS DEVELOPMENT GROUP, LLC ONLY** to the following parties:

Darren T Brenner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
darren.brenner@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Edward D Boyack
Boyack Orme & Anthony
7432 W Sahara Ave, Suite 101
Las Vegas, NV 89117
702-562-3415
702-562-3570 (fax)
ted@boyacklaw.com
*Attorney for Defendant*
*The Legacy Estates Property Owners Association*

Jamie K Combs
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5007
702-380-8572 (fax)
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Colli Christine McKiever
Boyack Orme & Anthony
7432 W. Sahara Avenue, Suite101
Las Vegas, NV 89117
702-562-3415
702-562-3570 (fax)
Colli@Boyacklaw.com
*Attorney for Defendant*
*The Legacy Estates Property Owners Association*

Taylor Haywood
Akerman LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
303-260-7712
taylor.haywood@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Christopher Bryan Phillips
The Wright Law Group
2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89102
702-405-0001
702-405-8454 (fax)
chris@wrightlawgroupnv.com
*Attorney for Defendant*
*Padeshah Holdings, Ltd.*

Jared M Sechrist
Akerman
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5039
jared.sechrist@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

John Henry Wright
The Wright Law Group, P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89102
702-405-0001
702-405-8454 (fax)
efile@wrightlawgroupnv.com
*Attorney for Defendant*
*Padeshah Holdings, Ltd.*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

2074 Troon