BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*)
Phone: 470.832.5586
Fax:    404.962.6800
Email: brody.wight@troutman.com
*Attorneys for Plaintiff Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE LEGACY ESTATES PROPERTY OWNERS ASSOCIATION and PADESHAH HOLDINGS, LTD.,<br><br>　　　　　Defendants.<br><br>And<br><br>NEVADA ASSOCIATION SERVICES, INC. and LAW VEGAS DEVELOPMENT GROUP, LLC,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-01934-RFB-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Vanessa Turley, Esq. is no longer associated with the law firm of Troutman Pepper Hamilton Sanders, LLP and request that Ms. Turley be removed from the service list.

Troutman Pepper continues to serve as counsel for Plaintiff NATIONSTAR MORTGAGE, LLC in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents, and future notices in this action should continue to be directed to Brody R. Wight of Troutman Pepper

1  Hamilton Sanders LLP, as attorney of record for Plaintiff NATIONSTAR MORTGAGE, LLC in the
2  above-entitled matter.
3      Dated this 4th day of April, 2023.

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

/s/ Brody R. Wight
BRODY R. WIGHT, ESQ.
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123
(*Nevada Office*)
600 Peachtree St. NE #3000, Atlanta, GA 30308
(*Corporate Office*)
*Attorneys for Plaintiff Nationstar Mortgage LLC*

**ORDER**

There being good cause, IT IS ORDERED that the Motion to Remove Vanessa M. Turley, Esq. is GRANTED.

DATED: April 5, 2023.

_____
JUDGE, U.S. DISTRICT COURT