BRODY R. WIGHT, ESQ.
Nevada Bar Number 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123 (*Local office*)

600 Peachtree St. NE #3000
Atlanta, GA  30308 (*Corporate Office*)
Telephone: (470) 832-5577
Email: brody.wight@troutman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.:  2:16-cv-01934-RFB-BNW |
| Plaintiff, | |
| vs. | |
| THE LEGACY ESTATES PROPERTY OWNERS ASSOCIATION and PADESHAH HOLDINGS, LTD., | |
| Defendants. | |
| and | |
| NEVADA ASSOCIATION SERVICES, INC., and LAW VEGAS DEVELOPMENT GROUP, LLC, | |
| Defendants. | |

## SUBSTITUTION OF ATTORNEY

Plaintiff Nationstar Mortgage LLC ("Plaintiff") hereby substitutes Brody Wight, Esq. of the law firm of Troutman Pepper Hamilton Sanders, LLP; 8985 S. Eastern Ave., Suite 200, Las Vegas, Nevada 89123; Telephone: 470-832-5577, who has filed a Notice of Appearance in this action on April 4, 2023, as attorney of record in place and stead of: Melanie Morgan, Donna Wittig, Lilith Xara, and Taylor Haywood with Akerman LLP.

///

///

154531656v1

DATED: May 5, 2023

*Tay Janati* (signature)
Nationstar Mortgage LLC

I consent to the above substitution.

DATED: May 5, 2023

*/s/ Melanie Morgan*
Melanie Morgan of Akerman LLP

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: May 5, 2023

*/s/ Brody R. Wight*
Brody R. Wight, Esq.

Please check one:  X  RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: May 8, 2023

(signature)
United States Magistrate Judge

Page 2

154531656v1