1  BRODY R. WIGHT, ESQ.
   Nevada Bar Number 13615
2  TROUTMAN PEPPER HAMILTON SANDERS LLP
   8985 S. Eastern Ave., Suite 200
3  Las Vegas, NV 89123 (*Local office*)

4  600 Peachtree St. NE #3000
   Atlanta, GA  30308 (*Corporate Office*)
5  Telephone: (470) 832-5577
   Email: brody.wight@troutman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.:   2:16-cv-01934-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| THE LEGACY ESTATES PROPERTY OWNERS ASSOCIATION and PADESHAH HOLDINGS, LTD., | |
| Defendants. | |
| and | |
| NEVADA ASSOCIATION SERVICES, INC., and LAW VEGAS DEVELOPMENT GROUP, LLC, | |
| Defendants. | |

Plaintiff Nationstar Mortgage LLC ("Plaintiff"), by and through its counsel, Brody Wight, Esq. of the law firm of Troutman Pepper Hamilton Sanders, LLP and Defendant The Legacy Estate Property Owners Association ("Defendant LEPOA"), by and through its counsel, Patrick Orme, Esq. of the law firm of Boyack Orme Anthony, hereby stipulate and agree that the entire action is hereby dismissed, with prejudice, with each side to bear its own fees and costs.

///

///

///

Page 1

161172585v1

| | |
|---|---|
| Dated this 18th day of August, 2023.<br><br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>*/s/ Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123 (NV Office)<br>600 Peachtree Street, NE #3000<br>Atlanta, GA 30308 (Corporate Office)<br><br>*Attorneys for Plaintiff Nationstar Mortgage LLC* | Dated this 18th day of August, 2023.<br><br>BOYACK ORME ANTHONY<br><br>*/s/ Patrick Orme*<br>Patrick Orme, Esq.<br>7432 Sahara Avenue, Suite 101<br>Las Vegas, NV 89117<br><br>*Attorneys for Defendant The Legacy Estate Property Owners Association* |

**ORDER**

**IT IS SO ORDERED:**

DATED: August 21, 2023

_____
UNITED STATES DISTRICT JUDGE

Page 2

161172585v1